SHELBY D. MATHIS, d/b/a SHELBY'S SERVICE, Plaintiff-Appellee, *v.* VILLAGE OF ALORTON, Defendant-Appellant.

(No. 72-340;

Fifth District—January 17, 1974.

Opinion by Mr. JUSTICE EBERSPACHER.

Sprague, Sprague and Ysursa, of Belleville (John R. Sprague and Bernard J. Ysursa, of counsel), for appellant.

Melvin W. Trotier, of Belleville, for appellee.